Carter, for appellees; Kevin Kane and John J. Driscoll, of counsel. Opinion by JUSTICE CULBERTSON. Not to be published in full. Opinion filed January 16, 1951; released for publication February 19, 1951.

## People of State of Illinois ex rel. Harry D. Busby et al., Appellants, v. Harry J. Smith et al., Appellees.

### Gen. No. 45,247.

Milton K. Joseph, for appellants; Bernard J. McDonnell, for appellees. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 29, 1951; rehearing denied February 9, 1951; released for publication March 2, 1951.

## William P. Laux, Appellant, v. John W. Kummer, Appellee.

### Gen. No. 45,156.

Clifford C. Elger, for appellant; Charles D. Snewind, of counsel; Wyatt Jacobs and Charles E. Heckler, for appellee. Opinion by JUSTICE FEINBERG. **Not to be published in full.** Opinion filed January 29, 1951; released for publication March 2, 1951.

## City of Chicago, Appellee, v. Octigan Drop Forge Company, and William Hirsh, Appellants.

### Gen. No. 45,211.

Wilhartz & Hirsch, for ap-